# Third District Court of Appeal

## State of Florida

Opinion filed August 21, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1394
Lower Tribunal No. F14-7868

_____

**Honesimo Rubio,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Carlos J. Martinez, Public Defender, and Nicholas A. Lynch, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and MILLER and GOODEN, JJ.

PER CURIAM.

In light of the victim's eyewitness testimony that he spent time socializing with the defendant before the defendant shot him, we find that the

victim's brother's testimony identifying the defendant's truck, even if it were based on implied hearsay rather than a change in testimony (which we do not decide), was at best, "harmless beyond a reasonable doubt." Capehart v. State, 583 So. 2d 1009, 1013 (Fla. 1991) (citing State v. DiGuilio, 491 So. 2d 1129 (Fla. 1986)).

Affirmed.